

# Court of Appeals
## Sixth Appellate District of Texas

# J U D G M E N T

Dock Lee Minter, Appellant

No. 06-18-00160-CR        v.

The State of Texas, Appellee

Appeal from the 4th District Court of Rusk County, Texas (Tr. Ct. No. CR17-128). Opinion delivered by Justice Stevens, Chief Justice Morriss and Justice Burgess participating.

As stated in the Court's opinion of this date, we find there was partial error in the judgment of the court below. Therefore, we modify the trial court's judgment by (1) replacing "Not True" with "Not Applicable" next to "Plea to Enhancement Paragraph(s)," and (2) replacing "True" with "Not Applicable" next to "Findings on Enhancement Paragraph(s)." As modified, the judgment of the trial court is affirmed.

We note that the appellant, Dock Lee Minter, has adequately indicated his inability to pay costs of appeal. Therefore, we waive payment of costs.

RENDERED JANUARY 30, 2019
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk